UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS URENA,<br><br>          Petitioner,<br>    -v-<br><br>UNITED STATES,<br><br>          Respondent. | 18 Civ. 9995 (PAE)<br>11 Cr. 1032-4 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

  The Court re-appoints Mr. Urena's trial counsel, Gregory Cooper, Esq,, for the limited purpose of submitted a letter-memorandum in support of his 2255 petition based on *United States v. Davis*, 139 S. Ct. 2319 (2019). *See* 18-cv-9995, Dkt. 17. Such a letter memorandum is due Friday, September 11, 2020. The Government's response is due Friday, September 25, 2020.

  SO ORDERED.

                    *Paul A. Engelmayer*
                 _____
                 PAUL A. ENGELMAYER
                 United States District Judge

Dated: August 25, 2020
     New York, New York