UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS URENA,

                                  Petitioner,                18 Civ. 9995 (PAE)
            -v-                                                      11 Cr. 1032-4 (PAE)

UNITED STATES,

                                  Respondent.                  <u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from petitioner Carlos Urena requesting to know whether his letter motion was received by the Court. Dkt. 23. Urena's counsel, Gregory Cooper, Esq., is directed to serve Urena with a copy of this Court's order at docket 22.

SO ORDERED.

                                                                *Paul A. Engelmayer*

                                                             PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: September 4, 2020
         New York, New York