UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS URENA,

                           Petitioner,

-v-

UNITED STATES,

                           Respondent.

18 Civ. 9995 (PAE)
11 Cr. 1032-4 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       The Court has received a letter from petitioner Carlos Urena suggesting that he has not been receiving his mail from the Clerk of Court or his CJA counsel, Gregory Cooper, Esq. *See* Dkts. 23, 26. Urena is currently housed at the United States Penitentiary Allenwood ("Allenwood"), in Pennsylvania.

       Allenwood is directed to provide petitioner Urena with his mail and file an affidavit to that effect once it has done so. Mr. Cooper is directed to serve a copy of this order on Allenwood.

       SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: September 16, 2020
       New York, New York