UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS URENA,

                       Petitioner,                  18 Civ. 9995 (PAE)
                                                                  11 Cr. 1032-4 (PAE)

           -v-

UNITED STATES,                                        <u>ORDER</u>

                       Respondent.

PAUL A. ENGELMAYER, District Judge:

      The Court has received a letter from defendant Carlos Urena inquiring about the status of his pending petition pursuant to 28 U.S.C. § 2255.  Urena there seeks to invalidate a count of conviction under 18 U.S.C. § 924(c).  The Court has reserved decision as to that petition pending the conclusion of the appellate process in *United States v. Scott*.  *See* Dkt. 31.  In *Scott*, the Second Circuit held, *en banc*, that first-degree manslaughter under N.Y. Penal Law § 125.20(1) qualifies as a "crime of violence."  990 F.3d 94 (2d Cir. 2021) (en banc).  However, a petition for certiorari by the defendant in *Scott* is pending before the Supreme Court.  No. 20-7778.

      The Clerk of Court is respectfully directed to mail a copy of this order to Urena at United States P.O. Box 300; Canaan Penitentiary; Waymart, PA 19472.

      SO ORDERED.

                                                                       PAUL A. ENGELMAYER
                                                                       United States District Judge

Dated: September 30, 2021
       New York, New York